**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                              Case No. 3:00cr48/LAC

WILLIAM SCOTT DOHAN

_____/

**<u>ORDER</u>**

This Cause is before the Court on Defendant's Motion for Revocation of the Detention Order entered by the Magistrate Judge on September 15, 2005.

A magistrate's pretrial detention order must be reviewed *de novo* by the district court. *See United States v. Hurtado*, 779 F.2d 1467, 1481 (11th Cir. 1985). The court must "exercise independent consideration of all facts properly before it," *United States v. Gaviria*, 828 F.2d 667, 670 (11th Cir. 1987) (citing *Hurtado*, 779 F.2d at 1480-81), but this does not require that the district court conduct a *de novo* hearing. *See United States v. King*, 849 F.2d 485, 490 (11th Cir. 1988). If, after careful review of the pleadings and the evidence presented at the magistrate's detention hearing, the district court concludes that the magistrate's findings of fact are supported and conclusions of law are correct, the court need only state that it adopts the magistrate's pretrial detention order. *Id.* at 490. "Thus, when a motion to revoke or amend a pretrial detention order attacks only the magistrate's legal

conclusion that pretrial detention is necessary, and no factual issues remain unresolved, the district court need not enter findings of fact when adopting the magistrate's pretrial detention order." *Id.* If, however, it is found that additional evidence is required or that issues of fact remain unresolved, the court may conduct an evidentiary hearing and would thereafter be required to enter its written findings related thereto. *Id.* at 490-91.

In his motion, Defendant presents no new evidence but challenges the Magistrate's conclusions of fact and law. After a thorough review of the pleadings, the transcript, and the factors set forth in 18 U.S.C. § 3142(g), however, the Court is in full agreement with the Magistrate's finding that the Defendant poses a significant risk of flight and that there is no condition or combination of conditions of release that would reasonably assure Defendant's appearance at trial were he to be released. The Court therefore adopts the Magistrate's pretrial order of detention.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

Defendant's Motion for Revocation of the Detention Order (doc 1338) is **DENIED**. Defendant shall remain on pretrial detention in accordance with the Magistrate's Order of September 15, 2005, until further Order of the Court.

**ORDERED** on this 19th day of October, 2005.

s/*L.A. Collier*
Lacey A. Collier
Senior United States District Judge