**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                         CASE NO.  3:00cr48LAC

WILLIAM SCOTT DOHAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 30, 2005
Motion/Pleadings:   MOTION FOR LEAVE OF COURT TO FILE REPLY TO GOVERNMENT'S RESPONSE TO HIS MOTION FOR LEAVE TO TAKE FOREIGN DEPOSITIONS
Filed by DEFENDANT          on 9/29/05          Doc.# 1344
RESPONSES:
                              on              Doc.#
                              on              Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy
LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 21st day of October, 2005, that:*
*(a) The relief requested is **GRANTED.***
*(b) See record of hearing.*

s/*L.A. Collier*
***LACEY A. COLLIER***
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.