# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                          CASE NO. 3:00cr48LAC

WILLIAM SCOTT DOHAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  October 20, 2005

Motion/Pleadings: MOTION FOR LEAVE OF COURT TO FILE SUPPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION FOR REVOCATION OF DETENTION ORDER AND MOTION FOR LEAVE TO TAKE FOREIGN DEPOSITIONS (SUPPLEMENTAL MEMO ATTACHED)

Filed by DEFENDANT    on 10/17/05    Doc.# 1351

RESPONSES:

BY GOVT    on 10/18/05    Doc.# 1355

___ Stipulated    ___ Joint Pldg.
___ Unopposed    ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 21st day of October, 2005, that:*

*(a) The relief requested is **GRANTED**.*

*(b) See record of hearing.*

                                            s/*L.A. Collier*
                                          *LACEY A. COLLIER*
                                       *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.