# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                     CASE NO.  3:00cr48LAC

WILLIAM SCOTT DOHAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 6, 2006

Motion/Pleadings: MOTION TO USE RESTITUTION FUNDS FOR TRIAL EXPENSES AND FEES

Filed by GOVERNMENT    on 2/3/06    Doc.# 1413

RESPONSES:

                                      on                  Doc.#

                                      on                  Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of February, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* ____

                                                 *s/L.A. Collier*

                                                 ***LACEY A. COLLIER***
                                 *Senior United States District Judge*

Entered On Docket: _____  By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

Document No.