# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE NO.  3:00cr48LAC

WILLIAM SCOTT DOHAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   February 6, 2006
Motion/Pleadings: MOTION IN LIMINE
Filed by GOVERNMENT       on 1/30/06       Doc.# 1402
RESPONSES:
BY DEFENDANT       on 2/2/06       Doc.# 1410
                   on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of February, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) See record of hearing 8 February 2006.*

                                                              *s/L.A. Collier*
                                                          **LACEY A. COLLIER**
                                      *Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.