# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:00cr48LAC

WILLIAM SCOTT DOHAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   February 6, 2006

Motion/Pleadings: MOTION TO EXCLUDE OTHER ACTS EVIDENCE

Filed by DEFENDANT        on 2/2/06        Doc.# 1408

RESPONSES:

BY GOVERNMENT        on 2/3/06        Doc.# 1412

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)        Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 15th day of February, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) As per record at trial 14 February 2006.*

                                                 *s/L.A. Collier*
                                                 ***LACEY A. COLLIER***
                                             *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.