**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                               CASE NO.  3:00cr48LAC

WILLIAM SCOTT DOHAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 6, 2006
Motion/Pleadings: MOTION IN LIMINE TO EXCLUDE POST-INDICTMENT EVIDENCE
Filed by DEFENDANT    on 2/2/06    Doc.# 1409
RESPONSES:
                                    on           Doc.# 
                                    on           Doc.# 

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of February, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Except for statements of Defendant concerning "chateau."*

                                                                         *s/L.A. Collier*
                                                                       *LACEY A. COLLIER*
                                      *Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.