# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                  CASE NO. 3:00cr48LAC

WILLIAM SCOTT DOHAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __February 6, 2006__

Motion/Pleadings: MOTION TO LIMIT EXPERT TESTIMONY AND PRECLUDE RULE 404(b) EVIDENCE AND SUPPORTING MEMORANDUM OF LAW

Filed by DEFENSE on 2/6/06 Doc.# 1414

RESPONSES:

BY GOVERNMENT on 2/7/06 Doc.# 1420

_____ on _____ Doc.# _____

☐ Stipulated    ☐ Joint Pldg.
☐ Unopposed    ☐ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of March, 2006, that:*

*(a) The relief requested is **GRANTED/DENIED in part**.*

*(b) See record of trial.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.