## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                     CASE NO.  3:00cr48LAC

WILLIAM SCOTT DOHAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 8, 2006

Motion/Pleadings: MOTION TO DISMISS COUNT TWO OF THE FIFTH SUPERSEDING INDICTMENT

Filed by DEFENDANT  on 2/8/06  Doc.# 1422

RESPONSES:

                                              on  Doc.#

                                              on  Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)

*s/Mary Maloy*
Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of March, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

                                              *s/L.A. Collier*
                                              ***LACEY A. COLLIER***
                                      ***Senior United States District Judge***

```
Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.