# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO.  3:00cr48LAC

WILLIAM SCOTT DOHAN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   April 28, 2006

Motion/Pleadings:  POST TRIAL MOTION FOR JUDGMENT OF ACQUITTAL, OR IN THE ALTERNATIVE, FOR NEW TRIAL

Filed by DEFENDANT    on 4/17/2006    Doc.# 1474

RESPONSES:

BY GOVERNMENT    on 4/27/06    Doc.# 1475

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 10th day of May, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

s/ *L.A. Collier*

***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.