IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                          Case No.     3:00cr48/LAC
                                                                  3:09cv192/LAC/CJK

WILLIAM SCOTT DOHAN,
       Defendant.
_____

O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 6, 2013. (Doc. 1863). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Defendant first responded to the Report and Recommendation by filing a Motion for Reconsideration (doc. 1869), which the Court initially construed as Objections to the Report and Recommendation. However, when Defendant subsequently moved the Court for additional time to file Objections (doc. 1873), the Court opted as a procedural matter to deny the Motion for Reconsideration without prejudice so that Defendant could then incorporate the arguments made in the Motion into the Objections. Shortly thereafter, Defendant filed his Objections, and the timing of this filing indicates to the Court that Defendant may not have received the Court's latest Orders at the time he filed the Objections. Consequently, the Court rescinds its denial of the Motion for Reconsideration and has now taken both the Motion and the

Objections under consideration in its review of the Report and Recommendation.

Accordingly, the Court has made a <u>de novo</u> determination of the Objections and the Motion for Reconsideration. Having considered the Report and Recommendation together with Defendant's submissions, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Court's March 22, 2013, Order is hereby MODIFIED as to the denial of Defendant's Motion for Reconsideration (doc. 1869) without prejudice in Paragraph (b) of that Order, to reflect that the Motion for Reconsideration is now DENIED with prejudice.

2. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

3. The Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (doc. 1722) is DENIED as to all grounds.

4. All other pending motions are DENIED as moot.

5. A certificate of appealability is DENIED.

**ORDERED** on this 27th day of March, 2013.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge